# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 22, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137847

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DONALD DEAN MORRIS II,
        Defendant-Appellant.

SC: 137847
COA: 287893
Kent CC: 06-001610-FH

_____/

On order of the Court, the application for leave to appeal the October 22, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 22, 2009

_____
Clerk

s0415